UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE HENDERSON, SR., <br><br> Plaintiff, <br><br> v. <br><br> CASTILLO, et al., <br><br> Defendants. | Case No. 1:20-cv-01199-SKO (PC) <br><br> ORDER DIRECTING SPECIAL APPEARANCE ON BEHALF OF DEFENDANTS AND RESPONSE TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER |

Plaintiff Curtis Lee Henderson, Sr., is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action. The Court has not yet screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and the defendants have therefore not been served with process.

On September 8, 2020, Plaintiff filed a motion for a temporary restraining order (TRO), requesting that the Court order officials at Substance Abuse Treatment Facility and State Prison, Corcoran, keep Plaintiff in single-cell housing. (Doc. 4.) The Court seeks a response from Defendants before ruling on Plaintiff's motion for a TRO.

Accordingly, the Court ORDERS:

1. The California Attorney General's Office shall make a special appearance on behalf of Defendants for the sole purpose of responding to Plaintiff's motion for a TRO within 14 days of the date of service of this order;

2. Within 14 days of the date of service of Defendants' response to Plaintiff's motion

for a TRO, Plaintiff may file a reply to Defendant's response; but he is not required to do so; and,

3. The Clerk of the Court is directed to serve copies of the complaint (Doc. 1), the motion for a TRO (Doc. 4), and this order on Supervising Deputy Attorney General Lawrence Bragg.

IT IS SO ORDERED.

Dated:   **October 14, 2020**                   /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE