# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CURTIS LEE HENDERSON, SR.,**<br><br>Plaintiff,<br><br>v.<br><br>**S. CASTILLO, JR., et al.,**<br><br>Defendants. | **CASE NO. 1:20-cv-01199-AWI-SKO (PC)**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br><br>(Doc. No. 26) |

Plaintiff Curtis Lee Henderson, Sr., is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On March 15, 2021, the assigned magistrate judge filed a screening order, finding that Plaintiff's complaint states cognizable claims against Defendants Castillo and Tyler in their individual capacities for deliberate indifference to health or safety under 42 U.S.C. § 1983, and violations of the California Bane Act, Cal. Civ. Code § 52.1. Doc. No. 20. The magistrate judge found that the complaint's remaining claims are not cognizable. Id. Therefore, the judge ordered plaintiff to file a first-amended complaint curing the deficiencies in his pleading, or a notice that he wishes to proceed only on the claims found cognizable and to dismiss the remaining claims and defendant. Id. at 10–11. On April 15, 2021, Plaintiff filed a notice that he wishes to proceed on the claims found cognizable. Doc. No. 23.

Accordingly, on April 20, 2021, the magistrate judge filed findings and recommendations, recommending that Defendant Flores be dismissed, and that the claims in Plaintiff's complaint be dismissed, except for the deliberate indifference and Bane Act claims against Defendants Castillo and Tyler in their individual capacities. Doc. No. 26. The judge provided Plaintiff fourteen days

to file objections to the findings and recommendations. Id. at 2. Plaintiff has not filed any objections, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 26) issued on April 20, 2021, are ADOPTED in full;
2. Defendant Flores is DISMISSED;
3. The claims in this action are DISMISSED, except for the claims against Defendants Castillo and Tyler in their individual capacities for deliberate indifference to health or safety under 42 U.S.C. § 1983 and violations of the California Bane Act; and
4. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   May 20, 2021

SENIOR  DISTRICT  JUDGE