UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE HENDERSON, SR., <br><br> Plaintiff, <br><br> v. <br><br> S. CASTILLO, et al., <br><br> Defendants. | Case No. 1:20-cv-01199-AWI-SKO (PC) <br><br> **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FOR A FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES** <br><br> (Doc. 60) |

Plaintiff Curtis Lee Henderson, Sr., is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 27, 2023, the assigned magistrate judge issued findings and recommendations, recommending Defendants' motion for summary judgment for failure to exhaust administrative remedies be granted. (Doc. 60.) Plaintiff was afforded 14 days within which to file any objections to the findings and recommendations. (*Id*. at 13.) Plaintiff filed objections on March 20, 2023. (Doc. 61.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on February 27, 2023 (Doc. 60) are **ADOPTED** in full;
2. Defendants' motion for summary judgment (Doc. 54) is **GRANTED**;
3. This case is **DISMISSED** without prejudice for Plaintiff's failure to exhaust administrative remedies prior to filing suit; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   March 28, 2023

SENIOR DISTRICT JUDGE